# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:        Ericka Jarrell,        :    Chapter    13
              Debtor(s)              :
                                     :    Case No.    17-14121-mdc

* * * * * * *

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**To: U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) (Claim No. 6):**

The debtor, Ericka Jarrell, has filed an objection to the proof of claim you filed in this bankruptcy case.

**<u>Your claim may be reduced, modified, or eliminated</u>.  You should read these papers carefully and discuss them with your attorney, if you have one**.

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the **Honorable Magdeline D. Coleman** on **December 14, 2017**, at **11:00 a.m.**, in **Courtroom No. 2, United States Bankruptcy Court**, **900 Market Street, Philadelphia, PA 19107**.  If you or your attorney does not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date:    November 2, 2017                /s/ Peter D. Schneider
                                         Attorney for Debtor/Objector
                                         Community Legal Services, Inc.
                                         1424 Chestnut Street
                                         Philadelphia, PA 19102
                                         Tel.: 215-981-3718
                                         Fax: 215-981-0436