# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In Re: | Ericka Jarrell, | : | Chapter | 13 |
| | Debtor(s) | : | | |
| | | : | Case No. | 17-14121-mdc |

## CERTIFICATION OF SERVICE

I, Peter D. Schneider, Counsel for Debtor herein, certify that a copy of the Debtor's First Amended Chapter 13 Plan was served this day on all creditors by first class mail, postage prepaid, with the exception of the following parties or persons in interest who were served upon filing of the Plan by operation of the Court's electronic filing system:

LEON P. HALLER on behalf of Creditor
U.S. Bank National Association (Trustee for
the Pennsylvania Housing Finance Agency)
lhaller@pkh.com,
dmaurer@pkh.com;mgutshall@pkh.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com,
philaecf@gmail.com

REBECCA ANN SOLARZ on behalf of
Creditor U.S. Bank National Association
(Trustee for the Pennsylvania Housing
Finance Agency)
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Date: February 15, 2018        Signed: /s/ Peter D. Schneider
                                       Attorney for the Debtor
                                       Community Legal Services, Inc.
                                       1424 Chestnut Street
                                       Philadelphia, PA 19102
                                       Tel.: 215-981-3718
                                       Fax: 215-981-0436
                                       Email: pschneider@clsphila.org