## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ericka D. Jarrell <br>                 Debtor | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) <br>                 Movant <br> vs. | NO. 17-14121 MDC |
| Ericka D. Jarrell <br>                 Debtor | 11 U.S.C. Section 362 |
| William C. Miller, Esq. <br>                 Trustee | |

### STIPULATION RESOLVING DEBTOR'S OBJECTION TO PROOF OF CLAIM

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On October 19, 2017, Movant filed a secured proof of claim regarding its mortgage associated with the real property located at 62 West Sharpnack Street, Philadelphia, PA 19119 which set forth an arrearage total in the amount of $13,624.78.

2. Debtor objected to Movant's arrearage claim on November 2, 2017 disputing the nature and amounts of the prepetition fees and costs which were incurred prior to the current bankruptcy filing.

3. The Parties have reviewed the claim in depth to come to a resolution of this matter.

4. Debtor's Objection is to be resolved as per the following terms:

-Within thirty (30) days of the filing of this Stipulation, Movant is to file an Amended Proof of Claim to reduce its fees and costs in the amount of $650.00 setting forth an amended claim total in the amount of $12,974.78.

-Within seven (7) days of the filing of the aforementioned Amended Proof of Claim, Debtor/Debtor's Counsel is to withdraw the pending Objection to Movant's Proof of Claim and file an Amended Chapter 13 Plan adjusting the total amount of prepetition arrears to be cured to $12,974.78.

5. The parties agree that a facsimile signature shall be considered an original signature.

6. Debtor's Objection to Movant's Proof of Claim is hereby resolved.

Date: February 1, 2018

By: /s/ Kevin G. McDonald, Esquire
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322; FAX (215) 627-7734

Date: 2-5-18

Peter D. Schneider, Esquire
Attorney for Debtor

No Objection:

TRUSTEE
*without prejudice to any trustee rights or remedies

Approved by the Court this _____ day of _____, 2018. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Magdeline D. Coleman