# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: Ericka D. Jarrell, | Chapter 13 |
|---|---|
| Debtor | Bankruptcy No. 17-14121-mdc |

### Praecipe to Withdraw Document

To the Clerk of the U.S. Bankruptcy Court:

Kindly withdraw Document No.37 (Pre-Confirmation Certification), filed in this matter.

The document was filed using the incorrect event. It will be refiled using the correct event.

Date: March 29, 2018         /s/ Peter D. Schneider
                             Attorney for the Debtor
                             COMMUNITY LEGAL SERVICES, INC.
                             1424 Chestnut Street
                             Philadelphia, PA   19102
                             phone: 215-981-3718
                             email: pschneider@clsphila.org