**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Ericka D. Jarrell, | Chapter 13 |
| Debtor | Bankruptcy No. 17-14121-mdc |

**PRE-CONFIRMATION CERTIFICATION**
**OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE**
**WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor has filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

4. If this Certification is being signed by counsel of debtor, counsel certifies that debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

Date: <u>March 29, 2018</u>

/s/ Peter D. Schneider
Attorney for the Debtor
COMMUNITY LEGAL SERVICES, INC.
1424 Chestnut Street
Philadelphia, PA  19102
phone: 215-981-3718
email: pschneider@clsphila.org