United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ericka D. Jarrell  
    Debtor  

Case No. 17-14121-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Mar 30, 2018  
                        Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2018.
```
db             +Ericka D. Jarrell,    62 W. Sharpnack Street,    Philadelphia, PA 19119-2720
13934012       +U.S. Bank National Association (Trustee,    for Pennsylvania Housing Finance Agency),
                 211 N. Front St.,    P.O. Box 15057,    Harrisburg, PA 17105-5057
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2018                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2018 at the address(es) listed below:
```
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association (Trustee for the
           Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association (Trustee for the
           Pennsylvania Housing Finance Agency) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
          PETER D SCHNEIDER    on behalf of Debtor Ericka D. Jarrell pschneider@clsphila.org
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association (Trustee for the
           Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ericka D. Jarrell<br>　　　　Debtor | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>　　　　Movant<br>vs. | NO. 17-14121 MDC |
| Ericka D. Jarrell<br>　　　　Debtor | 11 U.S.C. Section 362 |
| William C. Miller, Esq.<br>　　　　Trustee | |

### STIPULATION RESOLVING DEBTOR'S OBJECTION TO PROOF OF CLAIM

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On October 19, 2017, Movant filed a secured proof of claim regarding its mortgage associated with the real property located at 62 West Sharpnack Street, Philadelphia, PA 19119 which set forth an arrearage total in the amount of $13,624.78.

2. Debtor objected to Movant's arrearage claim on November 2, 2017 disputing the nature and amounts of the prepetition fees and costs which were incurred prior to the current bankruptcy filing.

3. The Parties have reviewed the claim in depth to come to a resolution of this matter.

4. Debtor's Objection is to be resolved as per the following terms:

-Within thirty (30) days of the filing of this Stipulation, Movant is to file an Amended Proof of Claim to reduce its fees and costs in the amount of $650.00 setting forth an amended claim total in the amount of $12,974.78.

-Within seven (7) days of the filing of the aforementioned Amended Proof of Claim, Debtor/Debtor's Counsel is to withdraw the pending Objection to Movant's Proof of Claim and file an Amended Chapter 13 Plan adjusting the total amount of prepetition arrears to be cured to $12,974.78.

5. The parties agree that a facsimile signature shall be considered an original signature.

6. Debtor's Objection to Movant's Proof of Claim is hereby resolved.

Date: February 1, 2018

By: /s/ Kevin G. McDonald, Esquire
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322; FAX (215) 627-7734

Date: 2-5-18

Peter D. Schneider, Esquire
Attorney for Debtor

No Objection: [signature] 3/27/18

TRUSTEE
*without prejudice to any trustee rights or remedies

Approved by the Court this 29th day of March, 2018. However, the court retains discretion regarding entry of any further order.

Magdeline D. Coleman

Bankruptcy Judge
Magdeline D. Coleman