# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In Re: | Ericka Jarrell, | : | Chapter | 13 |
| | Debtor(s) | : | | |
| | | : | Case No. | 17-14121-mdc |

## CERTIFICATION OF SERVICE

    I, Peter D. Schneider, Counsel for Debtor herein, certify that a copy of the Debtor's Third Amended Chapter 13 Plan was served this day on all creditors by first class mail, postage prepaid. In addition, the following parties or persons in interest were served upon filing of the Plan by operation of the Court's electronic filing system:

LEON P. HALLER on behalf of Creditor
U.S. Bank National Association (Trustee for
the Pennsylvania Housing Finance Agency)
lhaller@pkh.com,
dmaurer@pkh.com;mgutshall@pkh.com

KEVIN G. MCDONALD on behalf of
Creditor U.S. Bank National Association
(Trustee for the Pennsylvania Housing
Finance Agency)
bkgroup@kmllawgroup.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com,
philaecf@gmail.com

REBECCA ANN SOLARZ on behalf of
Creditor U.S. Bank National Association
(Trustee for the Pennsylvania Housing
Finance Agency)
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Date: May 31, 2018      Signed: /s/ Peter D. Schneider
                                                         Attorney for the Debtor
                                                         Community Legal Services, Inc.
                                                         1424 Chestnut Street
                                                         Philadelphia, PA 19102
                                                         Tel.: 215-981-3718
                                                         Fax: 215-981-0436
                                                         Email: pschneider@clsphila.org