UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Ericka Jarrell,                                Chapter 13

    Debtor                                   Bankruptcy No. 17-14121-mdc

ORDER

AND NOW, this 18th day of July, 2019, and after notice and a hearing on the matter, Debtor's Motion Modify Chapter 13 Plan, is GRANTED. Accordingly, it is ORDERED and DECREED that the debtor shall file an Amended Plan within 14 days of the date of this order; and, once filed, the Amended Plan shall supersede all previous plans filed in this case.

The Docket shall be amended to reflect this Order.

Magdeline D. Coleman
Chief United States Bankruptcy Judge

**Interested Parties: See next page.**