United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Ericka D. Jarrell
    Debtor

Case No. 17-14121-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 1    Date Rcvd: Jul 19, 2019
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2019.
db         +Ericka D. Jarrell,   62 W. Sharpnack Street,   Philadelphia, PA 19119-2720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2019 at the address(es) listed below:
      KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
      LEON P. HALLER   on behalf of Creditor   U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
      PETER D SCHNEIDER   on behalf of Debtor Ericka D. Jarrell pschneider@clsphila.org
      REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                         TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Ericka Jarrell,                    Chapter 13

    Debtor                            Bankruptcy No. 17-14121-mdc

**ORDER**

AND NOW, this _18th_ day of _July_, 2019, and after notice and a hearing on the matter, Debtor's Motion Modify Chapter 13 Plan, is GRANTED. Accordingly, it is ORDERED and DECREED that the debtor shall file an Amended Plan within 14 days of the date of this order; and, once filed, the Amended Plan shall supersede all previous plans filed in this case.

    The Docket shall be amended to reflect this Order.

_Magdeline D. C_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

**Interested Parties: See next page.**