# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-14121-MDC

ERICKA D JARRELL

62 W. SHARPNACK STREET

PHILADELPHIA, PA 19119

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ERICKA D JARRELL

62 W. SHARPNACK STREET

PHILADELPHIA, PA 19119

Counsel for debtor(s), by electronic notice only.

PETER SCHNEIDER
COMMUNITY LEGAL SERVICES
1424 CHESTNUT STREET
PHILADELPHIA, PA 19102-

Date: 7/17/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee