#### UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Ericka Jarrell,                             Chapter 13
       Debtor                                      Bankruptcy No. 17-14121-mdc

#### CERTIFICATE OF SERVICE AND OF NO OPPOSITION TO MOTION

I, Peter D. Schneider, Counsel for Debtor herein, certify that I served a copy of Debtor's Motion to Modify Confirmed Chapter 13 Plan together with Notice of Motion and the proposed Amended Plan on all those on the Clerk's Service List, all priority and secured creditors, and all other creditors, if any, adversely affected by the changes to the original plan, as follows:

1.      On the following parties, by electronic means through the Bankruptcy Court's electronic filing system:

| | |
|---|---|
| LEON P. HALLER on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com | REBECCA ANN SOLARZ on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com | United States Trustee USTPRegion03.PH.ECF@usdoj.gov <br><br> WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

2.      On the following parties, by first class mail, postage prepaid, on the date below.

| | |
|---|---|
| City of Philadelphia <br> c/o Law Department <br> 1401 JFK Blvd, 5th Fl <br> Philadelphia, PA 19102 | Pamela Elchert Thurmond <br> Law Department—Tax Unit—Municipal Services Bldg. <br> 1401 JFK Blvd, Room 580 <br> Philadelphia, PA  19102-1595 |
| U.S. Bank N.A. (Trustee for the Pennsylvania Housing Finance Agency) <br> 211 North Front Street <br> Harrisburg, PA 17101 | City Of Philadelphia, Law Department Tax Unit Bankruptcy Group, MSB <br> 1401 John F. Kennedy Blvd., 5th Floor <br> Philadelphia, PA 19102-1595 |
| | Internal Revenue Service <br> PO Box 7346 <br> Philadelphia, PA 19101-7346 |

No answer or other response to the motion having been filed or served by any party within the time set by the Court, the Debtor requests pursuant to Local Bankruptcy Rule 9014-3(j) that this Court grant the motion and enter the Debtor's proposed Order.

Date: October 7, 2021           /s/ Peter D. Schneider
                                          Attorney for Debtor
                                          COMMUNITY LEGAL SERVICES, Inc.
                                          1424 Chestnut Street
                                          Philadelphia, PA  19102
                                          Tele:  215-981-3718