# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Ericka Jarrell,               Chapter 13

   Debtor                      Bankruptcy No. 17-14121-mdc

## O R D E R

AND NOW, this 28th day of October 2021, and after notice and a hearing on the matter, Debtor's Motion Modify Chapter 13 Plan is GRANTED. The amended plan attached to the Debtor's Motion is hereby approved and shall supersede all previously filed plans.

The Docket shall be amended to reflect this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge