# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                          Chapter 13

                          Bankruptcy No. 17-14121-MDC

ERICKA D JARRELL

62 W. SHARPNACK STREET

PHILADELPHIA, PA 19119

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ERICKA D JARRELL

  62 W. SHARPNACK STREET

  PHILADELPHIA, PA 19119

Counsel for debtor(s), by electronic notice only.

  PETER SCHNEIDER
  COMMUNITY LEGAL SERVICES
  1424 CHESTNUT STREET
  PHILADELPHIA, PA 19102-

Date: 6/28/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee