**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Ericka Jarrell, | Chapter 13 |
| Debtor | Bankruptcy No. 17-14121-mdc |

**Hearing: October 14, 2021,**
**at 11:00 a.m. in Courtroom #2**

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

The Debtor in this case, Ericka Jarrell, has filed a Motion to Modify Chapter 13 Plan After Confirmation, seeking leave to modify her chapter 13 plan to increase her monthly plan payment amount and cure a post-petition mortgage default.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before **October 4, 2021,** you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at:

    Clerk of the U.S. Bankruptcy Court
    Robert N.C. Nix Sr. Federal Courthouse
    900 Market Street
    Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

    Peter D. Schneider
    Community Legal Services, Inc.
    1424 Chestnut Street
    Philadelphia, PA  19102
    Phone No.:  215-981-3718
    Fax No. 215-981-0436

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the **Honorable Magdeline D. Coleman on October 14, 2021, at 11:00 a.m. in Courtroom #2,** United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 901 Market Street, Philadelphia, Pennsylvania 19106.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerks office at 215-408-2800 to find out whether the hearing has been canceled because no one has filed an Answer.

Date: September 13, 2021