Certificate Number: 17082-PAE-DE-036910625

Bankruptcy Case Number: 17-14121



17082-PAE-DE-036910625

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 18, 2022, at 7:28 o'clock AM MST, ERICKA D JARRELL completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 18, 2022            By:    /s/Orsolya K Lazar

                                   Name:  Orsolya K Lazar

                                   Title: Executive Director