#### UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Ericka Jarrell,                                     Chapter 13
    Debtor                                         Bankruptcy No. 17-14121-mdc

### Certificate of Service and of No Opposition to Debtor's
### Motion to Modify Confirmed Chapter 13 Plan

    Peter D. Schneider, Esquire, counsel for Debtor in the above matter, hereby certifies that he served Debtor's Motion to Modify Confirmed Chapter 13 Plan (Docket No. 114) and the Notice of Motion, Response Deadline, and Hearing Date (Docket No. 115) on all those on the Clerk's Service List, all priority and secured creditors, and all other creditors, if any, adversely affected by the changes to the original plan, on August 23, 2022, as set forth in the Certificate of Service of the same date (Docket No. 114-2).

    No answer or other response to the motion having been filed or served by any party within the time set by the Court, with the exception of the Objection to Confirmation filed by U.S. Bank National Association (Docket N. 124) that was subsequently withdrawn (Docket No. 126), the Debtor requests pursuant to Local Bankruptcy Rule 9014-3(j) that this Court grant the motion and enter Debtor's proposed Order.


Date: November 2, 2019            /s/ Peter D. Schneider
                                            PETER D. SCHNEIDER
                                            Attorney for the Debtor
                                            COMMUNITY LEGAL SERVICES, INC.
                                            1424 Chestnut Street
                                            Philadelphia, PA  19102
                                            Tele:  215-981-3718