United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-14121-mdc |
| Ericka D. Jarrell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 30, 2022 | Form ID: 138OBJ | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ericka D. Jarrell, 62 W. Sharpnack Street, Philadelphia, PA 19119-2720 |
| 13933986 | + | Abington Emergency Physicians, 1200 Old York Rd, Abington, PA 19001-3720 |
| 13933987 | + | Abington Memorial Hospital, 1200 Old York Road, Abington, PA 19001-3788 |
| 13933990 | + | Chestnut Hill Hospital, 8835 Germantown Ave, Philadelphia, PA 19118-2765 |
| 13933991 | | Children's Hospital of Philadelphia, 34th Street & Civic Center Boulevard, Philadelphia, PA 19104 |
| 13933996 | + | Erie Insurance, 1400 North Providence Road Suite #216, Rose Tree Corporate Cente, Media, PA 19063-2055 |
| 13933997 | + | Esurance/Allstate Insurance Co., 650 Davis Street, San Francisco, CA 94111-1904 |
| 13933998 | + | F.H. Cann & Associates, Inc., 1600 Osgood St, Suite 20-2/120, North Andover, MA 01845-1048 |
| 13934000 | + | Joanne Jarrell, 6513 Uber St, Philadelphia, PA 19138-3106 |
| 13983447 | + | PA Housing Agy., c/o Rebecca A. Solarz, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 14724371 | + | Pennsylvania Housing Finance Agency, c/o Denise Carlon, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13934006 | | Philadelphia Gas Works, PO Box 11700, Newark, NJ 07101-4700 |
| 13934011 | | Tri-County Emergency Physicians LLC, 100 High St, Pottstown, PA 19464 |
| 14001225 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 13934012 | + | U.S. Bank National Association (Trustee, for Pennsylvania Housing Finance Agency), 211 N. Front St., P.O. Box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 30 2022 23:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2022 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13933988 | | Email/Text: g20956@att.com | Dec 30 2022 23:46:00 | AT&T, PO Box 537104, Atlanta, GA 30353-7104 |
| 13933989 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 30 2022 23:46:00 | Bank of America, PO Box 25118, Tampa, FL 33622-5118 |
| 13986046 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2022 23:51:44 | CACH, LLC its successors and assigns as assignee, of FIA Card Services, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14023656 | | Email/Text: megan.harper@phila.gov | Dec 30 2022 23:46:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13933993 | | Email/Text: megan.harper@phila.gov | Dec 30 2022 23:46:00 | City of Philadelphia, c/o Law Department, 1401 JFK Blvd, 5th Fl, Philadelphia, PA 19102 |
| 13961453 | + | Email/Text: pasi_bankruptcy@chs.net | Dec 30 2022 23:46:00 | Chestnut Hill Hospital, C/O PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 13933992 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 30, 2022 | Form ID: 138OBJ | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 30 2022 23:51:44 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 13933994 | | Email/Text: documentfiling@lciinc.com | Dec 30 2022 23:46:00 | Comcast, 4008 N Dupont Hwy, New Castle, DE 19720-6320 |
| 13933995 | + | Email/Text: bknotice@ercbpo.com | Dec 30 2022 23:46:00 | ERC, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13933999 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 30 2022 23:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13934001 | ^ | MEBN | Dec 30 2022 23:44:35 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13934002 | + | Email/Text: MDSBankruptcies@meddatsys.com | Dec 30 2022 23:46:00 | Medical Data Systems, 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |
| 13934003 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 30 2022 23:46:00 | Midland Funding, P.O. Box 939069, San Diego, CA 92193-9069 |
| 13934004 | ^ | MEBN | Dec 30 2022 23:44:34 | Nationwide Insurance, One Nationwide Plaza, Columbus, OH 43215-2239 |
| 13934005 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 30 2022 23:46:00 | PECO Energy, PECO Bankruptcy Group, 2301 Market Street, S4-2, Philadelphia, PA 19103-1338 |
| 13934008 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2022 23:46:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 13934007 | + | Email/Text: bankruptcy@philapark.org | Dec 30 2022 23:46:00 | Philadelphia Parking Authority, 701 Market St, Philadelphia, PA 19106-2895 |
| 13934009 | + | Email/Text: DeftBkr@santander.us | Dec 30 2022 23:46:00 | Santander Bank, 450 Penn St, Reading, PA 19602-1011 |
| 13934010 | | Email/Text: bankruptcy@td.com | Dec 30 2022 23:46:00 | TD Bank, 1701 Marlton Pike E, Cherry Hill, NJ 08034 |
| 13970679 | | Email/PDF: ebn_ais@aisinfo.com | Dec 30 2022 23:51:31 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13934013 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 30 2022 23:46:00 | Verizon, 500 Technology Drive, Suite 63304-2225 |
| 13934014 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 30 2022 23:51:41 | Wells Fargo Bank, PO Box 45038, Jacksonville, FL 32232-5038 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jan 01, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

District/off: 0313-2 — User: admin — Page 3 of 3
Date Rcvd: Dec 30, 2022 — Form ID: 138OBJ — Total Noticed: 39

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| PETER D SCHNEIDER | on behalf of Debtor Ericka D. Jarrell pschneider@clsphila.org |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Ericka D. Jarrell
    Debtor(s)           Case No: 17−14121−mdc
                     Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          900 Market Street
           Suite 400
         Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/30/22

                                    133 − 132
                                  Form 138OBJ